IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MARK GREENE, for himself and in representation of the community property held with his wife Theresa Greene<br><br>Plaintiff<br><br>v.<br><br>TRIPLE-S PROPIEDAD, INC.; JOHN DOES 1, 2 and 3; A, B and C CORPORATIONS; UNKNOWN INSURANCE COMPANIES, A through H<br><br>Defendants | CIVIL NO.:<br><br>PLAINTIFF DEMANDS TRIAL BY JURY |

## COMPLAINT

**TO THE HONORABLE COURT:**

Plaintiff Mark Greene, through its undersigned attorneys, respectfully states and prays as follows:

### I. NATURE OF ACTION

1. Plaintiff Mark Greene brings this action for damages and declaratory relief as a result of (i) a dispute between himself and defendant TRIPLE-S PROPIEDAD, INC. ("TRIPLE-S") concerning the interpretation and application of a policy of insurance issued by TRIPLE-S to Mark Greene, and (ii) TRIPLE-S' breach of the provisions of the policy. The coverage claims in question arose out of damage to and destruction of Mark Greene's real and personal property caused by Hurricane Maria on or about September 20, 2017.

## II. JURISDICTION AND VENUE

2.　　Federal jurisdiction in this case is attained under diversity pursuant to section 1332 of Title 28 of the United States Code, in that the matter in controversy exceeds, exclusive of interest and costs, the sum of $75,000, and is between citizens of different States of the United States of America.

3.　　Venue is proper in this district pursuant to 28 U.S.C. § 1391(a), in that Plaintiff is a New York resident and TRIPLE-S' principal place of business is in Puerto Rico and is subject to personal jurisdiction here, and a substantial portion of the events or omissions giving rise to Plaintiff's claims occurred in Puerto Rico.

## III. PARTIES

4.　　Plaintiff Mark Greene is an individual residing in the Stat4e of New York

5.　　Defendant TRIPLE-S is the insurance company which provides property insurance coverage for the incident that is the subject of this complaint.

6.　　All of the other John Doe defendants are also citizens and residents of the Commonwealth of Puerto Rico or states other than New York. John Does 1, 2 and 3 and A, B and C Corporations are persons and/or corporations, whose identities are presently unknown, which by their negligent acts or omissions caused or contributed to the damages claimed herein.

7.　　Unknown Insurance Companies A through H, insurers whose identities are presently unknown, insured the aforementioned defendants and are jointly responsible, as insurers or re-insurers along with their respective insureds and pursuant to the terms and conditions of their respective policies, for the damages claimed herein.

## III. FACTS OF THE CASE

### The Policy

8.     Mark Greene is a named insured under Policy No. PP-41096345-0003 issued by TRIPLE-S and which has an effective period from March 8, 2017 to March 8, 2018 (the "Policy").

9.     Subject to its various terms and conditions, the Policy provides with insurance coverage against certain perils, including without limitation (a) loss of, damage to or destruction of real and personal property at 45 Harbour Light, Humacao, Puerto Rico, owned, used, leased or intended for use by Plaintiff; (b) loss of, damage to or destruction of any interest of Plaintiff in real or personal property of others in Plaintiff's care, custody or control; (c) Plaintiff's lost profits resulting from the necessary interruption of its business caused by any loss of, damage to or destruction of real or personal property during the Policy period and occasioned by any of the perils covered by the Policy; and (d) loss in the nature of extra business and operating expenses incurred by Plaintiff as a result of loss of, damage to or destruction of real or personal property during the Policy period and occasioned by any of the perils covered by the Policy.

10.     By its terms, the Policy applies to perils, loss and damage experienced or incurred "within the 50 states comprising the United States of America, the District of Columbia, Puerto Rico, the Virgin Islands, Canada, U.S. Territories and possessions."

11.     Among the perils covered by the Policy are winds, rain and other conditions attendant to or caused by hurricanes or other storms and meteorological events such as Hurricane Maria.

**12.** In connection with the coverage for loss to Plaintiff resulting from the effects of Hurricane Maria on September 20 2017, Plaintiff suffered damages covered by the insurance policy in force in the amount of $1,229,000. Plaintiff has timely submitted its claim with estimates of the damages sustained submitted by its adjusters.

**13.** Defendants have in fact refused to pay or in any way effectively resolve this claim, and have for some time, during most of 2018, been ignoring communications by Plaintiff to Defendant whether through Plaintiff or Plaintiff's adjusters, insurance brokers or attorneys. Plaintiff has no other recourse but to file this action. Any other available remedy would be futile.

### IV. DEMAND FOR TRIAL BY JURY

**14.** Pursuant to Fed. R. Civ. P. 38(b), Plaintiff requests and respectfully demands a trial by jury of all issues in this case triable of right by a jury.

**15.** In the event that the Defendants deny their liability for the events or omissions giving rise to the claims set forth in this action as well as Plaintiff's resulting damages, Plaintiff hereby requests the imposition of pre-judgment and post-judgment interest and attorney's fees in this case at the maximum rate allowed by law.

**WHEREFORE**, Plaintiff demands judgment against the Defendants, jointly and severally, in the fair and reasonable sum of $1,229,000, together with interest, costs, and reasonable attorney fees, and for such other and further relief as may be appropriate under the circumstances.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 18th day of September, 2019.

s/David Efron
**DAVID EFRON**
USDC-PR125701
**LAW OFFICES DAVID EFRON, PC**
*Attorneys for Plaintiff*
PO Box 29314
San Juan, PR 00929-0314
Tel. 787-753-6455
Fax 787-758-5515
efron@davidefronlaw.com
