IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARK GREENE,

    Plaintiff,

    v.

TRIPLE-S PROPIEDAD, INC.,

    Defendant.

CIVIL NO.: 19-1896 (MEL)

## JUDGMENT

Taking into account the verdict rendered by the jury totaling $900,000.00 and the applicable deductibles under the insurance policy for the property and its attached structures ($24,580.00) as well as the appurtenant structures ($2,458.00), judgment is hereby entered for plaintiff Mark Greene and against Triple-S Propiedad, Inc. in the sum of $872,962.00.

**IT IS SO ORDERED**.

In San Juan, Puerto Rico, this 3rd day of December, 2021.

s/Marcos E. López
U.S. Magistrate Judge